

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East-7th Floor*
*Brooklyn, NY 11201*

April 23, 2012

**By ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   *Burton v. Shinseki et al.*
              10-cv-05318 (SLT) (LB)

Dear Magistrate Judge Bloom:

      This Office represents defendant, Secretary Eric K. Shinseki, in the above-referenced employment discrimination action. We write to inform the Court of a recent development in this matter regarding Ms. Burton's apparent non-receipt of some of this Office's correspondence and, in particular, Secretary Shinseki's Second Amended Notice of Deposition, notifying plaintiff of her March 14, 2012 deposition, at which she failed to appear.

      As Your Honor will recall, the Court issued a Report and Recommendation ("R&R") on April 13, 2012, recommending that the above-referenced matter be dismissed pursuant to Rules 37(b)(2)(A)(v) and 37(d) of the Federal Rules of Civil Procedure. *See* ECF No. 74. In so concluding, the Court reasoned that:

> Plaintiff's non-compliance has been willful and without explanation. Plaintiff has repeatedly failed to respond to defendant's discovery requests, notices for deposition, and efforts to contact her. Even without a Court Order, this noncompliance is grounds for dismissal. <u>See</u> Fed. R. Civ. P. 37(d)(3). Plaintiff has also failed to respond to Court Orders directing her to respond to defendant's motion to compel and to show good cause why the case should not be dismissed. (ECF Nos. 66, 71.) Plaintiff's failure to comply is a sufficient basis to dismiss this action.

*Id.* at 6.

      Today, this Office received numerous returned mailings that it had sent, by certified mail, to plaintiff's address of record. Prior to seeking dismissal of this action pursuant

Honorable Lois Bloom
April 23, 2012
Page 2

to Rules 37 and 41, this Office confirmed receipt of its mailings through the United States Postal Service's website. Notwithstanding delivery, several of our mailings to Ms. Burton, including the Second Amended Notice of Deposition, were returned "to sender" without further explanation. *Compare* Ex. A, returned mailing, *with* Ex. B, Track & Confirm details.

      Notwithstanding Ms. Burton's apparent non-receipt of some of this Office's mailings, Ms. Burton has failed to inform the Court or the undersigned counsel of her current address or telephone number, let alone taken any steps to pursue this action since its commencement one year and four months ago, on December 23, 2010. Importantly, we received signed confirmation that, on December 28, 2011, Ms. Burton received Secretary Shinseki's First Set of Interrogatories and Document Requests, dated December 23, 2011. To date, plaintiff has wholly failed to respond to these discovery demands. Further, in addition to mailing the Second Amended Notice of Deposition, we made numerous attempts to call plaintiff at telephone numbers that she provided to the Court at various times throughout this litigation.

      As this Court recently observed, even a *pro se* plaintiff "is obligated to notify the court when he changes addresses." *Canario-Duran v. Borecky*, No. 10-cv-1736 (DLI) (LB), 2011 WL 176745, at *1 (E.D.N.Y. Jan. 19, 2011) (citations omitted).[1] That failure alone warrants dismissal of this action. *See id.* (dismissing action where plaintiff failed to contact the Court or defendants to provide a current address). Accordingly, plaintiff's failure to prosecute this matter, failure to respond to defendant's discovery demands, and failure provide updated contact information reinforce the Court's conclusion that "plaintiff has abandoned this action." R&R at 7.

      We thank the Court for its time and attention to this matter.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:   /s/ electronically signed
      Ameet B. Kabrawala
      Assistant U.S. Attorney
      (718) 254-6001

cc:   By First-Class Mail
     Ms. Ann Burton
     General Delivery
     46-02 21st Street
     Long Island City, NY 11101

---

[1] Pursuant to Local Civil Rule 7.1(c), a copy of this unpublished decision is provided to plaintiff herewith.

Honorable Lois Bloom
April 23, 2012
Page 3

      <u>By ECF</u>
      Honorable Sandra L. Townes
      United States District Judge

# EXHIBIT A



# EXHIBIT B

Case 1:10-cv-05318-SLT-LB   Document 75   Filed 04/23/12   Page 7 of 7 PageID #: 372

**English**     **Customer Service**     **USPS Mobile**                                    **Register / Sign In**

USPS.COM                                                          Search USPS.com or Track Packages

Quick Tools              Ship a Package       Send Mail       Manage Your Mail        Shop          Business Solutions

# Track & Confirm

**GET EMAIL UPDATES**     **PRINT DETAILS**

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70030500000247761529 | | Delivered | April 23, 2012, 10:17 am | BROOKLYN, NY 11201 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | April 20, 2012, 1:28 pm | BROOKLYN, NY 11201 | |
| | | Arrival at Unit | April 20, 2012, 1:22 pm | BROOKLYN, NY 11201 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**                     **ON USPS.COM**                  **ON ABOUT.USPS.COM**           **OTHER USPS SITES**

Privacy Policy ›              Government Services ›            About USPS Home ›               Business Customer Gateway ›
Terms of Use ›                Buy Stamps & Shop ›              Newsroom ›                      Postal Inspectors ›
FOIA ›                        Print a Label with Postage ›     Mail Service Updates ›          Inspector General ›
No FEAR Act EEO Data ›        Customer Service ›               Forms & Publications ›          Postal Explorer ›
                              Site Index ›                     Careers ›

Copyright© 2012 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=70030500000247761529          4/23/2012