UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANN BURTON,

                Plaintiff,

   -against-

ERIC K. SHINSEKI, Secretary of the Department
of Veterans Affairs Agency, GINETTE JOUBERT,
ARLENE BLACKETT, WILLIAM KOSEL, FRANCISCA
GO, MARTINA PARAUDA, CYNTHIA CAROSELLI,
BERNARD NEWLWAND, CARMEN COX, SUSAN
SOCHALSKI, MAVIS CHARLES, RAVINDER
DHILLON, ROSALIE ORDONEZ, CAROLINE
DONAHUE, BRITA LAGO, JOCELYNE DURE,
SAMATHY BABU, KIM ARSLANIAN, LAURA
VIGLIOROLO, DARAGH MURPHY, MARIE VANCOL,
VIVIAN TABARANZA, PETER BLACKBURNE,
JANET LEE, JULIE LEONARD, MARTHE BERNADINE,
and KAREN PINNOCK,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
10-CV- 5318 (SLT)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 25 2012 ★
BROOKLYN OFFICE

      An Order of Honorable Sandra L. Townes, United States District Judge, having been filed on July 25, 2012, adopting in its entirety the unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated April 13, 2012; and dismissing the action with prejudice; it is

      ORDERED, ADJUDGED AND DECREED that the action is dismissed with prejudice.

Dated: Brooklyn, New York
       July 25, 2012

                                               DOUGLAS C. PALMER
                                               Clerk of Court

